MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5588
    Facsimile: (408) 535-5066
    suzanne.deberry2@usdoj.gov

Attorneys for the United States

**FILED**
FEB 02 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANTOS AQUINO-CACERES, ) <br> ) <br> Defendant. ) <br> ) | NO. 09-70631 PSG <br><br> **GOVERNMENT'S REQUEST TO DISMISS COMPLAINT; [PROPOSED] ORDER** |

    COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing without prejudice the above-captioned complaint. The facts supporting this request are as follows:

    On July 16, 2009, Defendant was charged in the above-captioned complaint. On May 17, 2010, pursuant to the Warrant for Arrest, Immigration and Customs Enforcement

//

("ICE") removed Defendant from the United States to Defendant's native country of Mexico.

Accordingly, the government respectfully requests that the above-captioned case be dismissed without prejudice.

DATED: February 2, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

／S／
SUZANNE M. DeBERRY
Special Assistant United States Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor, **IT IS HEREBY ORDERED** that the above-captioned Complaint is DISMISSED WITHOUT PREJUDICE.

DATE: February 2, 2011

PAUL S. GREWAL
United States Magistrate Judge